03/23/2015  09:10  McGinn Law Firm                            (FAX)7123283707           P.002/002
MAR/19/2015/THU 01:07 PM                      FAX No.                                    P. 005

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAR 31 AM 10: 32

OFFICE OF THE CLERK

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN C. DILLARD,                          )   Case Number: 8:14CV219
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   CONSENT TO EXERCISE
                                          )   OF JURISDICTION BY A
                                          )   UNITED STATES MAGISTRATE JUDGE
STATE FARM FIRE AND CASUALTY              )   AND
COMPANY,                                  )   ORDER OF REFERENCE
                                          )
        Defendant                         )

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For John C. Dillard | 3/22/15 |
| Billy R. Egan | For State Farm Fire and Casualty Company | 3/27/15 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, III, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

3/31/15
Date                                              United States District Judge

clerk\proc\forms\consent.frm
04/13/11